# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

**REHEARING ACTION: December 28, 2011**

**Docket Number: 11   00636-CA**

**INTERSTATE BATTERY SYSTEMS OF AMERICA, INC.**
**VERSUS**
**CHARLES BRYANT KOUNTZ, ET AL.**

**Appealed from Lafayette Parish Case No. C-20054193**

**BEFORE JUDGES:**

   Hon. Oswald A. Decuir
   Hon. Elizabeth A. Pickett
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles Bryant Kountz, Vicki Kountz Waihi, and Kenneth**

**Sillavan** has this day been

   **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Allied Discount Tire & Brake, Inc. and Allied Development,**

**Inc.** has this day been

   **DENIED.**

cc: W. Corey Grimley, Counsel for the Appellant
    Paul Daniel Gibson, Counsel for the Appellant
    Jacques Emil deMoss, Counsel for the Appellee
    Michael P. Maraist, Counsel for the Appellee
    John Haas Weinstein, Counsel for the Appellee
    Thomas Edward St. Germain, Counsel for the Appellee